# United States District Court
## For The Western District of North Carolina

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | **FILED**<br>**ASHEVILLE**, N.C. | JUDGMENT IN A CRIMINAL CASE<br>(Petty / Misdemeanor Offenses) |
| V. | DEC 0 9 2019 | Case Number: 1:19-po-1 |
| Karen W. Ledford | **U.S. DISTRICT COURT**<br>**W. DIST. OF N.C.** | Fredilyn Sison<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 38 CFR 1.218(a)(5) | Disorderly Conduct | 01/25/2018 | 1 |

**IMPOSITION OF SENTENCE:**
1. That the defendant pay a fine in the amount of $250.00 plus $10 assessment.
2. That the defendant be placed on probation for a period of one year, subject to the following conditions:
   a. The defendant must not violate any federal, state or local law while on release.
   b. The defendant shall not unlawfully possess a controlled substance.
   c. The defendant is not to enter the premises of the VA Hospital without express advance permission.
   d. The defendant shall complete 120 hours of community service. The probation officer will supervise the defendant's participation in the program (including, but not limited to, approving the program, agency, or location, and frequency of participation therein). The defendant shall provide written verification of the completed hours to the probation officer.
   e. The defendant's probation will begin as supervised, however, the defendant may request that her status be changed to unsupervised upon completion of her community service.
   f. The defendant shall not communicate, or otherwise interact, with the victim, either directly or through someone else, without first obtaining the permission of the probation officer.
   g. The defendant shall not possess a firearm, destructive device, or other dangerous weapon.

Date of Imposition of Sentence: 12/9/2019

Title of Signing Officer
United States District Court

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal